IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
MAY - 9 2005
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N. C.
By _____

UNIVERSAL FURNITURE
INTERNATIONAL . INC.,          )
                                )
            Plaintiff,          )
                                )     Case No.: 1:04CV00977
v.                              )
                                )
COLLEZIONE EUROPA USA, INC.,    )
                                )
            Defendant.          )

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Universal Furniture International. Inc. ("Universal"), pursuant to 17 U.S.C. § 502, Fed. R. Civ. P. 65, and LR 65.1 of this Court's Local Civil Rules, hereby moves that the Court enter a preliminary injunction against Defendant Collezione Europa USA, Inc. ("CEU") providing as follows:

1. That CEU and its agents, servants. employees, attorneys and other persons in active concert or participation with them be preliminarily restrained and enjoined from:

   a. Imitating. copying, using, reproducing, displaying, creating derivative works of, or authorizing any third party to imitate. copy, use, reproduce, display, or create derivative works of Universal's Grand Inheritance Designs and English Manor Designs (as such terms are defined in Universal's Complaint, filed October 22, 2004) in any manner, medium, or form, or otherwise passing off Universal's products as those of CEU and/or otherwise infringing Universal's copyrights in such Designs; and

   b. Assisting. aiding, or abetting any other person or business entity in engaging in or

performing any of the activities referred to in subparagraph (a) above.

2. That CEU, and those in concert or participation with it, be directed to deliver up to Universal or to the Court, within five (5) days after entry of any preliminary injunction granted pursuant to this Motion or at such earlier time as the Court may order, all brochures, catalogs, packaging, labels, headers, tags, cards, drawings, designs, screens, films, plates, cylinders, masters, advertisements, promotional materials, displays, literature, websites, photographs, and all other matter in its possession, custody, or control, incorporating, featuring, or bearing any simulations, variations, colorable imitations, alterations, or mutilations of Universal's Grand Inheritance Designs and English Manor Designs, or any materials that could be used to reproduce infringing material substantially similar to such Designs;

3. That CEU be directed to submit to the Court, and to serve upon Universal's counsel, within ten (10) days after entry of any preliminary injunction granted pursuant to this Motion, or at such earlier time as the Court may order, a report in writing under oath, setting forth in detail CEU's efforts to comply with such preliminary injunction, and certifying their compliance with such preliminary injunction.

The basis for this Motion more fully appears in the Declarations of Stephen Giles, Thomas Moser, and Steven Russell, and Universal's Brief in Support hereof, all of which Universal has filed contemporaneously with this Motion. The Universal Exhibits to which the Declarations refer are appended to Universal's Brief in Support.

Universal hereby requests leave of the Court to present testimony and oral argument in support of this Motion.

2

Respectfully submitted, this the 9th day of May, 2005.

KILPATRICK STOCKTON LLP

George L. Little Jr.
   North Carolina State Bar No. 2753
William M. Bryner
   North Carolina State Bar No. 23022
W. Swain Wood
   North Carolina State Bar No. 32037

1001 West Fourth Street
Winston-Salem, NC  27101
336.607.7300 (telephone)
336.607.7500 (facsimile)

Attorneys for Plaintiff
   Universal Furniture International, Inc.

3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the forgoing **PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** was duly served upon the following persons by depositing a copy thereof with the United States Postal Service in an envelope addressed as follows:

> Peter J. Juran, Esq.
> Blanco Tackabery Combs & Matamoros, P.A.
> P.O. Drawer 25008
> Winston-Salem, NC  27114-5008
>
> Harry G. Gordon
> Gordon Law Offices
> Independence Center, Suite 302
> 400 West Market Street
> Greensboro, NC  27401

This the 9th day of May, 2005.

George L. Little, Jr.

Attorney for Plaintiff
Universal Furniture International, Inc.

KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 607-7300
Facsimile: (336) 607-7500

9198:49184-262161
WINLIB01:1126197.1

4