IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNIVERSAL FURNITURE
INTERNATIONAL , INC.,

    Plaintiff,

v.

COLLEZIONE EUROPA USA, INC.,

    Defendant.

)
)
)
)
)
)  Case No. 1:04CV00977
)
)
)
)
)
)

## DECLARATION OF STEVEN RUSSELL

1.    My name is Steven Russell. I am over 18 years of age and competent to attest to the matters set forth in this Declaration. The facts set forth in this Declaration are made on my personal knowledge.

2.    I have more than thirty years of experience in the furniture industry. I have been designing furniture professionally since 1973. I am currently a partner in Norman Hekler Design, Inc. ("Norman Hekler"), am Executive Vice President of Norman Hekler, and am employed as a designer by Norman Hekler. I have been employed by Norman Hekler since approximately 1996. I was also employed by Norman Hekler from approximately 1984 to approximately 1990.

3.    I attended Kendall School of Design in Grand Rapids, Michigan, and received a Certificate of Diploma in 1973. I concentrated my studies at Kendall in the area of furniture design. Between 1973 and the time I was most recently hired by Norman Hekler, I held a variety of furniture design positions with different manufacturers and design firms

Case 1:04-cv-00977-WO-PTS   Document 12   Filed 05/09/05   Page 1 of 10

(including the approximately six-year period during the 1980s when I was employed by Norman Hekler).

4. Norman Hekler has been designing furniture for Universal Furniture International, Inc. and its predecessors in interest (collectively "Universal") since well before I began working for Norman Hekler.

5. During 2000 and 2001, I was intimately involved in creating designs for a new line of furniture for Universal that became known as the #474 Grand Inheritance Collection. The photographs identified as Exhibit 1A to Universal Exhibits depict pieces of furniture within the Grand Inheritance Collection. I was the principal designer for the Grand Inheritance Collection. I was primarily responsible for preparing the sketches and detailed technical drawings for Grand Inheritance using a computer-aided design, or "CAD," program. At all times, it has been my understanding that, pursuant to a written agreement between Universal and Norman Hekler, Universal became the owner of all rights in and to the Grand Inheritance design upon Universal's acceptance and manufacture of the collection.

6. The broad aesthetic guidance Universal gave me at the outset of the Grand Inheritance project was to create a design that was new and original, yet would appear to consumers to be traditional, dating from the eighteenth or nineteenth century, and would have an ornate, opulent look. A few months before the Grand Inheritance project began, I had designed a bedroom group for Universal that ended up not going into production. Universal wanted to emulate that group, but expand it into a dining room group to go along with the bedroom furniture.

2

7. In attempting to translate Universal's broad guidance into a specific furniture design, one design decision I made was that I would not try to create a period reproduction but would instead combine elements from a variety of different 18th and 19th Century design themes. After reviewing numerous catalogs and source materials, I eventually selected for Grand Inheritance elements from a variety of such influences, including Hepplewhite, Chippendale, Georgian, and Sheraton.

8. Another principal creative decision I made in designing Grand Inheritance, in the course of trying to create the opulent, traditional look Universal was seeking, was to have the collection feature a large number of ornamental, carved motifs throughout its various pieces. The use of such ornamental carvings is characteristic of many of the "traditional" 18th and 19th Century furniture design influences mentioned above. Elements of this type include, for example, three-dimensional shells, acanthus leaves, columns, finials, and rosettes.

9. There are numerous source books that are publicly available that contain many different examples of these various types of ornamental motifs. Three such source books, which I consulted in the process of creating the Grand Inheritance design, are Ornaments for Woodwork – Furniture, Decorators Supply Catalog No. 124; Lester Margon, Masterpieces of European Furniture: 1300-1840; and Harold Hart, ed., Chairs Through the Ages. These source books contain hundreds of examples of two-dimensional depictions of carved, ornamental design motifs in a variety of traditional design influences. My understanding is that all of the elements depicted in these books are in the public domain.

3

10. I utilized these source books in the process of designing Grand Inheritance and, based on my own creative judgment, I selected certain ornamental elements for inclusion in Grand Inheritance. I experimented with a variety of ornamental and other elements, arranging them in various combinations in drafts and sketches of the Grand Inheritance design. I would typically sketch examples of pieces of furniture containing those designs in combination with each other to assess their aesthetic impact. I would also frequently send sketches and drawings to Universal for its review and acceptance. This process continued for several weeks, until I ultimately arrived at a final acceptable design.

11. Through a trial-and-error process, including numerous redrafts and revisions, I eventually settled on a final design that included a substantial number of ornamental elements derived from source books including the ones listed above. The ornamental motifs I selected came from a variety of traditional design influences, including Chippendale, Hepplewhite, Georgian and Sheraton.

12. There was nothing automatic about the process I went through to select the ornamental elements depicted in Exhibit 1A for Grand Inheritance. In making the selections, I used my creative judgment, based on my training and more than thirty years of experience in furniture design. My selections were based primarily on my sense of what would be appealing and acceptable to consumers.

13. Selecting an ornamental element from two-dimensional source books was a preliminary step in the process of adapting it into a three-dimensional carving on a piece of furniture. Once I selected an element from a source book, I would generally adjust and adapt

4

it in a variety of ways as I incorporated it into the overall Grand Inheritance design. The adaptations and modifications I made were not automatic, but were made based on my own creative judgment and experience.

14. In addition to selecting, arranging, and adapting these design elements inspired by public domain sources, my recollection is that I also created at least one original decorative element – the bedpost finial -- without a specific, single, public domain reference. In creating the finial, I attempted to create something that would hang together aesthetically with the rest of the Grand Inheritance Collection.

15. The photographs reproduced in Exhibit 3A to Universal Exhibits depict ornamental elements that I finally selected, with Universal's acceptance, for inclusion in the Grand Inheritance design. The ornamental elements depicted in Exhibit 3A are all purely decorative, and they serve to ornament and adorn the furniture for purely aesthetic reasons. These elements serve no functional purpose of any kind on the pieces of furniture on which they appear.

16. In selecting and arranging these ornamental elements within the Grand Inheritance collection, I paid careful attention to, and based my creative decisions on, a variety of factors. I considered the aesthetic impression a particular element made when viewed individually. I also considered the aesthetic impression each element made when viewed in combination with other elements that existed elsewhere on the same piece, on "nearby" pieces within the grouping, and on other pieces throughout the Grand Inheritance collection as a whole.

5

17. In addition to Grand Inheritance, I was also the principal designer of the Universal collection known as # 609 English Manor. The photographs attached as Exhibit 1B to Universal Exhibits depict various pieces of furniture within Universal's English Manor collection. As the principal designer for English Manor, I was primarily responsible for preparing the sketches, detailed technical drawings ("CAD Files")for English Manor using a computer-aided design, or "CAD," program. At all times, it has been my understanding that, pursuant to contract between Universal and Norman Hekler, Universal became the owner of all rights in and to the English Manor collection upon Universal's acceptance and manufacture of that collection.

18. The process I used to create the design for the English Manor collection – starting out with a broad idea and then translating it into a tangible reality -- was similar to the process I used in designing Grand Inheritance. I started out with the broad idea of creating an original furniture design with a traditional appearance that would be aesthetically appealing to consumers who appreciate antiques. I decided to try to achieve the look I was seeking by emulating certain eighteenth and early nineteenth-century English and American forms. I determined that I wanted English Manor to have a decidedly stately appearance, feel, and scale. In an attempt to carry out that idea, I focused largely on eighteenth and early nineteenth-century Georgian design elements.

19. As with Grand Inheritance, I used a variety of different source materials to draw inspiration and ideas for what became English Manor, although these sources were focused more specifically on late 18th and early 19th century Georgian references. After

6

reviewing numerous catalogs and other source materials, I selected certain decorative elements that I thought would best express the aesthetic idea that I had for the collection. Similar to Grand Inheritance, one principal creative decision I made in designing English Manor and trying to express the aesthetic idea I had for the group, was to have the collection feature a large number of recurring ornamental, decorative elements throughout its various pieces. In an attempt to help make the collection commercially successful, I tried to give the decorative elements an even bolder and more striking appearance than would often be characteristic of period furniture.

20. I spent several months working primarily on English Manor for Universal, working in consultation with Stephen Giles at Universal. We eventually settled on a final design for English Manor, which included a substantial number of non-functional, ornamental elements, including those depicted in Exhibit 3B. The criterion I used in selecting these elements was my own creative judgment, based on my training and more than thirty years of experience in furniture design. The photographs reproduced in Exhibit 3B depict ornamental elements that I finally selected, with Universal's acceptance, for inclusion in the English Manor design. The ornamental elements depicted in Exhibit 3B are all purely decorative, and they serve to ornament and adorn the furniture for purely aesthetic reasons. These elements serve no functional purpose of any kind on the pieces of furniture on which they appear.

21. Similar to the process with Grand Inheritance, there was nothing automatic about how I selected the ornamental elements depicted in Exhibit 3B to be included in

7

English Manor. As noted above, I used my creative judgment, training, and experience to determine which elements to select, and how to adapt, coordinate, and arrange them. These creative decisions were based primarily on my own sense of what would be aesthetically appealing and attractive to consumers.

22. As with Grand Inheritance, once I selected an ornamental and decorative design element for English Manor from a source book, I would generally adjust and adapt it in a variety of ways as I incorporated it into the overall English Manor design. The adaptations and modifications I made to the ornamental and decorative public domain elements I had selected for English Manor were made based on my own creative judgment and experience.

23. In selecting and arranging the ornamental and decorative design elements within the English Manor collection, I paid careful attention to, and based my creative decisions on, a variety of factors. I considered the aesthetic impression a particular element made when viewed individually. I also considered the aesthetic impression each element made when viewed in combination with other elements that existed elsewhere on the same piece and throughout the English Manor collection.

24. In the process of selecting, adapting, coordinating, and arranging the decorative elements depicted in Exhibits 3A and 3B for the Grand Inheritance and English Manor collections, respectively, I expended a considerable amount of time and creative energy, drawing on my innate abilities, my training, and my more than thirty years of experience in designing furniture.

8

25. I make this Declaration under penalty of perjury under the laws of North Carolina and the United States, this 6 day of May, 2005.

Steven D. Russell

9

CLEF...
...)F:
P/...12T...

CLEI... ...T...)...RT
...E...I...V...

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
MAY 1 0 2005
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N. C.
By _____

| | |
|---|---|
| UNIVERSAL FURNITURE INTERNATIONAL, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| COLLEZIONE EUROPA USA, INC., | ) ) ) |
| Defendant. | ) |

Case No.: 1:04CV00977

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the **DECLARATION OF STEPHEN GILES**,

**DECLARATION OF THOMAS MOSER** and **DECLARATION OF STEVEN RUSSELL** were

duly served on May 9, 2005, upon the following persons by depositing a copy thereof with the United

States Postal Service in an envelope addressed as follows:

Peter J. Juran, Esq.
Blanco Tackabery Combs & Matamoros, P.A.
P.O. Drawer 25008
Winston-Salem, NC 27114-5008

Harry G. Gordon
Gordon Law Offices
Independence Center, Suite 302
400 West Market Street
Greensboro, NC 27401

This the 10th day of May, 2005

_William M. Bryner_
William M. Bryner
Attorney for Plaintiff
Universal Furniture International, Inc.

KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 607-7300
Facsimile: (336) 607-7500