IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNIVERSAL FURNITURE )
INTERNATIONAL, INC., )
)
      Plaintiff, )
)
v. ) 1:04CV00977
)
COLLEZIONE EUROPA USA, INC., )
)
      Defendant. )

FILED DEC 28 2005

## O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on September 30, 2005, was served on the parties in this action. Within the time limitation set forth in the statute, counsel for Plaintiff and Defendant objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that Universal's motion for preliminary injunction (Pleading No. 10) be **DENIED**.

_____
United States District Judge

Date: December 28, 2005