IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNIVERSAL FURNITURE, INTERNATIONAL, INC., | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | 1:04CV00977 |
| COLLEZIONE EUROPA USA, INC., | ) ) ) | |
| Defendant | ) | |

ORDER

For the reasons stated in a Memorandum Opinion filed contemporaneously, it is ORDERED that Collezione Europa USA, Inc.'s ("Collezione") Motion for Summary Judgment [Doc. # 99] is DENIED, and Universal Furniture International, Inc.'s Motion for Summary Judgment [Doc. # 87] is GRANTED IN PART dismissing Collezione's Counterclaims 1, 3 and 4-11. In addition, Collezione's Motion to Strike Jury Demand [Doc. # 165] is GRANTED.

This the day of April 26, 2007

    /s/ N. Carlton Tilley, Jr.
United States District Judge