IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNIVERSAL FURNITURE          )
INTERNATIONAL, INC.,         )
                             )
    Plaintiff,         )
                             )
    v.                 )          1:04CV00977
                             )
COLLEZIONE EUROPA USA, INC., )
                             )
    Defendant.         )

PERMANENT INJUNCTION and ORDER

OSTEEN, District Judge

For the reasons set forth in the memorandum opinion and order filed contemporaneously herewith,

IT IS ORDERED that

1. Collezione, its agents, servants, employees, attorneys, and other persons in active concert or participation with them are hereby PERMANENTLY RESTRAINED AND ENJOINED from the following:

    a. Imitating, copying, using, reproducing, displaying, creating derivative works of, or authorizing any third party to imitate, copy, use, reproduce, display, or create derivative works of Universal's Grand Inheritance collection ("GIC") or English Manor collection ("EMC") in any manner, medium, or form, or otherwise infringing Universal's copyrights in such collection;

b.   Conducting any marketing, distribution and/or sale of any pieces of furniture within Collezione's 20000 collection (except the chairs and rectangular tables in the 20000 collection) or Collezione's 20200 collection;

c.   Passing off Universal's products as those of Collezione's, including but not limited to displaying any pieces of Universal's furniture in any showroom operated by Collezione and/or utilizing any photographs of Universal's furniture in Collezione's marketing, advertising, and promotional materials; and

d.   Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (c).

2.   IT IS FURTHER ORDERED that Collezione and those in concert or participation with Collezione, are to hold and impound any pieces of furniture, or copies or derivatives thereof, found by this court to infringe any Universal copyright, and all drawings, schematics, photographs, models, or renditions of pieces of furniture, found by this court to infringe any Universal copyright, pending further order of this court.

3.   This court retains jurisdiction of this case pending final disposition of damages and determination of such other and further relief as may be appropriate.

This the 30th day of November 2007.


                                      /s/ William L. Osteen, Jr.
                                      United States District Judge