IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNIVERSAL FURNITURE INTERNATIONAL, INC. | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) 1:04CV977 ) |
| COLLEZIONE EUROPA, USA, INC. | ) ) |
| Defendant. | ) |

*FILED FEB 1 2 2009 IN THIS OFFICE Clerk U.S. District Court Greensboro, N.C.*

**JUDGMENT**

For the reasons set forth in the Findings of Fact and Conclusions of Law Regarding Damages filed contemporaneously herewith,

**IT IS ORDERED AND ADJUDGED** that Plaintiff Universal Furniture International, Inc. **SHALL HAVE AND RECOVER** from Defendant Collezione Europa, USA, Inc., the sum of ELEVEN MILLION TWO HUNDRED TWENTY-FIVE THOUSAND SEVEN HUNDRED SEVENTY-SEVEN DOLLARS AND EIGHTEEN CENTS ($11,225,777.18) together with interest at the legal rate from today's date until paid in full.

William L. Osteen, Jr.
United States District Judge

February 12, 2009